AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

JAMES ELVA TOMS

                V.

RRCA ACCOUNTS MANAGEMENT, INC.

CASE NUMBER: 1:18-cv-07227

ASSIGNED JUDGE: Hon. John Z. Lee

DESIGNATED MAGISTRATE JUDGE: Hon. Susan E. Cox

TO: (Name and address of Defendant)

RRCA ACCOUNTS MANAGEMENT, INC.
c/o REGISTERED AGENT
KEVIN HELLER
201 E 3RD STREET
STERLING, IL 61081

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



November 2, 2018

DATE

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
Case Number **1:18 CV 07227**

**JAMES ELVA TOMS**

v.

**RRCA ACCOUNTS MANAGEMENT, INC**

I, **MIKE DALLAS**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-000540 STEWART & ASSOCIATES INC. 50 W. DOUGLAS SUITE 1200, FREEPORT IL 61032 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | **SUMMONS AND COMPLAINT** |
| ON THE WITHIN NAMED DEFENDANT | **RRCA ACCOUNTS MANAGEMENT, INC** |
| PERSON SERVED | **MIRANDA FISHER, OTHER** |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | **11/13/2018** |

SERVED MIRANDA FISHER, RECEPTIONIST AND AUTHORIZED TO ACCEPT SERVICE.

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| Sex | FEMALE | Race | WHITE | Age | 27 |
|---|---|---|---|---|---|
| Height | 5'5" | Build | AVERAGE | Hair | BROWN |

LOCATION OF SERVICE **201 E 3RD ST, KEVIN HELLER**
**STERLING, ILLINOIS 61081**

| | |
|---|---|
| Service GPS | **-89.69301 41.78847** |
| Date Of Service | **11/13/2018** |
| Time | **3:58 PM** |

MIKE DALLAS                                11/14/2018
**SPECIAL PROCESS SERVER**          129.404115

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

MIKE DALLAS                                11/14/2018

*2763A*

Law Firm ID: **R.O.S. CONSULTING, INC**     Firm #     Case Return Date: **12/03/2018**