# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

James Elva Toms

                            Plaintiff,

v.                                         Case No.: 1:18−cv−07227
                                                          Honorable Frederick J. Kapala

RRCA Accounts Management, Inc.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 3, 2018:

      MINUTE entry before the Honorable Iain D. Johnston: The defendant's motion for an extension of time [15] is agreed and granted. The defendant's answer is now due 12/18/2018. The joint initial written status report remains due 1/23/2019 and the initial status hearing remains set for 1/29/2019 at 9:00 AM. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.