**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| JAMES ELVA TOMS, ) | |
| ) | Case No. 18-cv-07227 |
| Plaintiff, ) | |
| ) | Judge: Frederick J. Kapala |
| v. ) | |
| ) | Magistrate Judge: Iain D. Johnston |
| RRCA ACCOUNTS MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

To: Nathan C. Volheim
Eric Donald Coleman
Taxiarchis Hatzidimitriadis
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, IL 60148
nvolheim@sulaimanlaw.com
ecoleman@sulaimanlaw.com
thatz@sulaimanlaw.com

    PLEASE TAKE NOTICE that on January 15, 2019 at 10:00 a.m., I shall appear before the Honorable Iain Johnston sitting in Courtroom 5200 of the United States District Court for the Northern District of Illinois and present Defendant's **Unopposed Motion for 10-Day Enlargement of Time to Respond to Plaintiff's Complaint**.

| | |
|---|---|
| David M. Schultz | Respectfully submitted, |
| Jennifer W. Weller | |
| HINSHAW & CULBERTSON LLP | RRCA ACCOUNTS MANAGEMENT, INC., |
| 151 N. Franklin, Suite 2500 | Defendant |
| Chicago, IL 60606 | |
| Tel: 312-704-3000 | |
| Email: dschultz@hinshawlaw.com | |
| jweller@hinshawlaw.com | |
| | /s/ *Jennifer W. Weller* |
| | Jennifer W. Weller |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 19, 2018, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing **NOTICE OF MOTION** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

              /s/ *Jennifer W. Weller*